This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



C. Kathryn Preston
United States Bankruptcy Judge

Dated: August 31, 2014

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN    DIVISION

_____

In re:  Venita LaJean O'Bannon
        George Frisco O'Bannon

        Debtor(s)

Case No.:  10-53703

Chapter: 13

Judge:  C. Kathryn Preston

_____

## ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS  (DOC. NO.   61   ) DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES

The above-referenced Motion for Payment of Unclaimed Funds (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒   The electronic service date on the certificate of service does not correspond with the filing date of the document. (See LBR 9013-3(e)(2).)

The Motion is therefore **DENIED** without prejudice.

**IT IS SO ORDERED.**

**NOTE:** A form Motion for Payment of Unclaimed Funds that complies with our Local Bankruptcy Rules has been prepared by the Southern District of Ohio. While the use of this form motion is not required, parties requesting the release of unclaimed funds are strongly encouraged to use the form to ensure Local Rule compliance. The form is available on the Court's website at: **http://www.ohsb.uscourts.gov/pdffiles/ UNCLAIMED_FUNDS_FORM.pdf**.


Copies To:
Default List


###